**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. __22-8400-WM__

UNITED STATES OF AMERICA
vs.

Gabino CARRILLO-ORTIZ,
a/k/a Wilson Omar MEDRANO-MAEDA,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    No

                                      Respectfully submitted,
                                      JUAN ANTONIO GONZALEZ
                                      UNITED STATES ATTORNEY

BY: _____
        Robin Waugh
        Assistant United States Attorney
        FLA Bar No.    0537837
        500 South Australian Avenue, Suite 400
        West Palm Beach, Florida 33401
        Tel: (561)820-8711
        Fax:
        Email: robin.waugh@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Gabino CARRILLO-ORTIZ<br>a/k/a Wilson Omar MEDRANO-MAEDA,<br><br>*Defendant* | Case No.  22-8400-WM |

FILED BY ___KJZ___ D.C.

**Sep 12, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of **September 9, 2022,** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Removal |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, TFO, DHS-HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: **September 12, 2022**

_____
*Judge's signature*

City and state: **West Palm Beach, Florida**

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

22-8400-WM

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Gabino CARRILLO-ORTIZ, also known as Wilson Omar MEDRANO-MAEDA committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about September 9, 2022, Gabino CARRILLO-ORTIZ was arrested in Palm Beach County, Florida on charge of child aggravated battery. CARRILLO-ORTIZ was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Gabino CARRILLO-ORTIZ is a native and citizen of Mexico. Records further show that Gabino CARRILLO-ORTIZ was voluntary removed from the United States on three separate occasions, on or about following dates: May 15, 2006, May 21, 2006, and May 24, 2006.

22-8400-WM

5. Thereafter, Gabino CARRILLO-ORTIZ re-entered the United States illegally and on or about June 8, 2006, was ordered removed. The Order of Removal was executed on or about June 10, 2006, whereby Gabino CARRILLO-ORTIZ was removed from the United States and returned to Mexico.

6. Thereafter, Gabino CARRILLO-ORTIZ re-entered the United States illegally and on or about August 28, 2006, was removed and returned to Mexico for the second time.

7. Gabino CARRILLO-ORTIZ's fingerprints taken in connection with his September 9, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Gabino CARRILLO-ORTIZ.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Gabino CARRILLO-ORTIZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Gabino CARRILLO-ORTIZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about September 9, 2022, Gabino CARRILLO-ORTIZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary

2

22-8400-WM

of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __12th__ day of September 2022.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3