**Factual Proffer**

**GABINO CARRILLO-ORTIZ,**
**a/k/a Wilson Omar MEDRANO-MAEDA**

The government would prove that the defendant is an alien, with no legal status in the U.S. and that the defendant was found in the U.S. and after having been ordered removed and removed from the United States to Mexico.

On or about September 9, 2022, the Defendant, using the name Wilson Omar MEDRANO-MAEDA, was arrested in Palm Beach County, in the SDFL, on local charges. The Defendant's fingerprints taken in connection with his September 9, 2022, arrest in Palm Beach County were scanned into the IAFIS system and revealed that fingerprints belong to the individual who was previously removed from the United States. Immigration was alerted to his arrest.

A review of the immigration records revealed that the Defendant was voluntary removed from the United States on three separate occasions: May 15, 2006, May 21, 2006, and May 24, 2006. Thereafter, on June 3, 2006, the Defendant was encountered by law enforcement. At the time of the encounter, the Defendant was one of 15 migrants found on a pickup while traveling eastbound on I-70 in Topeka, Kansas. ICE responded and determined that all occupants were illegal aliens. The Defendant was deemed an inadmissible alien subsequently charged (8 USC 1182). A review of the prepared I-213 revealed that the defendant reported he was a native and citizen of Mexico. (Family members were reported as Mexican Nationals).

On June 8, 2006, an Order of removal was authorized and the Defendant on June 10, 2006, was removed from the United States and returned to Mexico. Thereafter, the Defendant re-entered the United States unlawfully and on August 28, 2006, was removed and returned to Mexico.

A fingerprint comparison of the prints taken of the defendant using the name Wilson Omar MEDRANO-MAEDA on September 9, 2022 with prints of defendant Gabino CARRILLO-ORTIZ in the Immigration A-file was completed by an HSI Senior Fingerprint Specialist, who confirmed the prints were made by one in the same person.

On September 12, 2022, the Defendant provided a sworn statement, during which the Defendant stated he was a native and citizen of Guatemala; and that his true name was Wilson Omar MEDRANO-MAEDA. The Defendant admitted that he entered the U.S. unlawfully; was previously deported in 2006; and did not receive permission / consent from the AG or Sec'y of Homeland Security to apply for readmission to the U.S.

A record check of Immigration's CLAIMS database revealed no record indicating that the Defendant obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States.

The government would've proven that the defendant undertook such actions knowingly and that such actions took place in the Southern District of Florida.