UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80152-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**GABINO CARRILLO-ORTIZ**,
a/k/a/ Wilson Omar **MEDRANO-MAEDA**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 18]. On November 2, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 15] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 9]. The Government submitted a factual proffer, and Defendant agreed that the Government's proffer was true and correct. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole count in the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the sole count in the Indictment [ECF No. 9]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 18] is **AFFIRMED AND ADOPTED**.

    2. The guilty plea entered into by Defendant Gabino Carrillo-Ortiz as to the sole count of

CASE NO. 22-80152-CR-CANNON

the Indictment is **ACCEPTED**.

3. Defendant Gabino Carrillo-Ortiz is adjudicated guilty of the sole count of the Indictment, which charges him with illegal reentry after removal, in violation of 8 U.S.C. § 1326(a) [ECF No. 9].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of November 2022.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record